UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| MARICRUZ MARISOL ROJAS-ESPINOZA; et al.,<br><br>Petitioners,<br><br>v.<br><br>TODD BLANCHE, Acting Attorney General,<br><br>Respondent. | No. 24-7536<br><br>Agency Nos.<br>A246-606-483<br>A246-606-482<br>A246-606-484<br>A246-606-485<br><br>ORDER |

Before: Mary H. Murguia, Chief Judge, and Kim McLane Wardlaw, Ronald M. Gould*, Johnnie B. Rawlinson, Morgan B. Christen, Michelle T. Friedland, Eric D. Miller, Bridget S. Bade, Kenneth K. Lee, Holly A. Thomas, and Eric C. Tung, Circuit Judges.

The Motion for Leave to File Amicus Curiae Brief filed by Cyrus Sanai is

DENIED (Doc. 42).

---

* Judge Gould took no part in the consideration of this motion.