UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARICRUZ MARISOL ROJAS-ESPINOZA; et al.,

Petitioners,

v.

TODD BLANCHE, Acting Attorney General,

Respondent.

No. 24-7536

Agency Nos.
A246-606-483
A246-606-482
A246-606-484
A246-606-485

ORDER

Before: Mary H. Murguia, Chief Judge, and Kim McLane Wardlaw, Ronald M. Gould, Johnnie B. Rawlinson, Morgan B. Christen, Michelle T. Friedland, Eric D. Miller, Bridget S. Bade, Kenneth K. Lee, Holly A. Thomas, and Eric C. Tung, Circuit Judges.

Respondent's motion for clarification regarding en banc oral argument (Dkt. No. 56) is granted. Counsel should be prepared to address the issues involved in the motion to stay removal and the merits of the case. Petitioners' counsel's motion to appear remotely for oral argument (Dkt. No. 55) is denied.